In the Matter of the Consolidation of the SECOND EVANGELICAL LUTHERAN CHURCH OF WEST SAND LAKE, NEW YORK, with ZION LUTHERAN CHURCH OF WEST SAND LAKE, NEW YORK.— Orders unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of WILLIAM H. RYAN, Appellant, for an Order of Mandamus against JESSE B. VARS and Others, Constituting the Rensselaer County Board of Supervisors, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of the SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY and Another for a Certiorari Order Directed to CHARLES VAN AMBURGH, JR., Supervisor of the Town of Fenton, and Others, Collectively Comprising the Town Board of the Town of Fenton, Broome County, New York, and Another.— Motion granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of CHARLES C. ANNABEL, an Attorney.— Motion dismissed on the ground that it is not properly before this court. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

BERNARD MILLER, as Administrator, etc., of HARRY MILLER, Deceased, Respondent, v. SHINDLER'S PRAIRIE HOUSE, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of THOMAS CREAGH, Respondent, against BROOKLYN EDISON COMPANY, INC., Appellant: STATE INDUSTRIAL BOARD, Respondent.— There being no legal evidence to support the finding that sixty-five per cent permanent loss of use of right eye is solely due to the injury sustained by claimant July 14, 1924, the award is reversed and claim remitted to State Industrial Board to determine the percentage of permanent loss of vision due to the injury sustained July 14, 1924. Van Kirk, P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hill, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIA STENSTROM, as Administratrix, etc., of EDWARD S. STENSTROM, Deceased, Respondent, v. CHARLES A. HARNETT, Commissioner of the Bureau of Motor Vehicles of the State of New York, Appellant.— Decision and order amended by including therein the statement that the order is affirmed as a matter of law and not in the exercise of discretion. Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: 1. Should the Special Term have denied the motion for the mandamus order under article 1, section 6, of the State Constitution? 2. Should the Special Term have denied said motion because the report was not a public record? Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

DAVID L. ROSS, Respondent, v. THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT NO. 13 OF THE TOWN OF FALLSBURGH, SULLIVAN COUNTY, NEW YORK, Appellant.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ALFRED S. ROSENFIELD, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order reversed on the law and the facts, with costs, and verdict reinstated, with costs, on the authority of Hogan v. Franken (221 App. Div. 164). Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.